Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

MARIA MENDOZA            )
                         )    1:09-CV-1104 JLT
                         )
     Plaintiff,          )    STIPULATION AND ORDER
                         )
vs.                      )
                         )
COMMISSIONER OF          )
SOCIAL SECURITY,         )
                         )
     Defendant.          )
_____)

    IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted 30 day extension of time, until March 7, 2010, in which to serve Plaintiff's Opening brief. My assistant, Martha, did not realize that the Defendant had responded to our Confidential brief, on December 21, 2009. Therefore, I ask that the extension be granted from today's date, rather than, January 20, 2010. All remaining actions under the scheduling order filed, June 23, 2009, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: February 5, 2010 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ.<br>Attorney for Plaintiff. |
| 3 | | |
| 4 | Dated: February 5, 2010 | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Daniel Talbert<br>(as authorized via facsimile/e-mail)<br>DANIEL TALBERT |
| 7 | | Assistant Regional Counsel |

IT IS SO ORDERED.

Dated: **February 5, 2010**   /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE