1 Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4

5 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| MARIA MENDOZA, | ) | 1:09-CV-1104 JLT |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

  IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted 30 day extension of time, until March 7, 2010, in which to serve Plaintiff's Opening brief. My assistant, Martha, did not realize that the Defendant had responded to our Confidential brief, on December 21, 2009. Therefore, I ask that the extension be granted from today's date, rather than, January 20, 2010. All remaining actions under the scheduling order filed, June 23, 2009, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

1 | Dated: February 5, 2010                    /s/ Sengthiene Bosavanh

2 |                                                     SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

4 | Dated: February 5, 2010                    MCGREGOR SCOTT
United States Attorney

By: /s/ Daniel Talbert
(as authorized via facsimile/e-mail)
DANIEL TALBERT
Assistant Regional Counsel

11 | IT IS SO ORDERED.

12 | Dated:  **February 5, 2010**                        /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE