1 | BENJAMIN B. WAGNER
United States Attorney
2 | LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 | DANIEL P. TALBERT
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8926
Facsimile: (415) 744-0134
E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARIA MENDOZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 1:09-CV-01104-JLT <br><br> STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file Defendant's Opposition to Plaintiff's Opening Brief. Counsel for the Defendant is currently considering settlement of this case, which necessitates further communication with the client. The current due date is April 5, 2010. The proposed new due date will be May 5, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 26, 2010
*/s/ Sengthiene Bosavanh*
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: March 26, 2010
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated: **March 26, 2010**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE