1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4
        333 Market Street, Suite 1500
5       San Francisco, California 94105
        Telephone: (415) 977-8926
6       Facsimile: (415) 744-0134
        E-Mail: Daniel.Talbert@ssa.gov
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10
                          **FRESNO DIVISION**
11

12 MARIA MENDOZA,                      )
                                       )   CIVIL NO. 1:09-CV-01104-JLT
13       Plaintiff,                    )
                                       )
14            v.                       )   STIPULATION AND PROPOSED ORDER
                                       )   FOR EXTENSION OF TIME
15 MICHAEL J. ASTRUE,                  )
   Commissioner of                     )
16 Social Security,                    )
                                       )
17       Defendant.                    )
   _____ )
18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20 attached Order, that Defendant shall have a first extension of time of 30 days to file Defendant's
21 Opposition to Plaintiff's Opening Brief.  Counsel for the Defendant is currently considering settlement
22 of this case, which necessitates further communication with the client.  The current due date is April 5,
23 2010.  The proposed new due date will be May 5, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 26, 2010  /s/ Sengthiene Bosavanh
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: March 26, 2010  BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Daniel P. Talbert
DANIEL P. TALBERT
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **March 26, 2010**                              /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE