1  BENJAMIN B. WAGNER
2  United States Attorney
   LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
         333 Market Street, Suite 1500
6        San Francisco, California 94105
7        Telephone:  (415) 977-8926
         Facsimile:  (415) 744-0134
8        E-Mail: Daniel.Talbert@ssa.gov
9
   Attorneys for Defendant

10              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
11                    FRESNO DIVISION
12

| MARIA MENDOZA, ) | Case No. 1:09-CV-01104-JLT |
|---|---|
| Plaintiff, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER FOR |
| MICHAEL J. ASTRUE, ) | REMAND PURSUANT TO SENTENCE FOUR OF |
| Commissioner of Social Security, ) | 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY |
| Defendant. ) | OF JUDGMENT IN FAVOR OF PLAINTIFF AND |
| ) | AGAINST DEFENDANT |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Council will instruct the administrative law judge (ALJ) to take the following action:

   The ALJ will be directed to offer Plaintiff a new hearing and the opportunity to present new evidence.  The ALJ will give further consideration to the severity of Plaintiff's physical impairment or impairments at step two in the sequential evaluation process.  Additionally, in accordance with Social Security Ruling 06-3p, the ALJ will explain the weight given to the medical opinions and other source opinions of record, including, but not limited to, Drs. Carbonell and Pentschev and Julie Guyette, FNP.  In addressing whether Plaintiff is capable of performing

1

her past relevant work, the ALJ will comply with Social Security Ruling 82-62.  Additionally, if warranted by the expanded record, the ALJ should consider the need for medical expert and vocational expert advice.

The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted,

Dated: April 28, 2010           *s/ Sengthiene Bosavanh*
                                (As authorized by email)
                                SENGTHIENE BOSAVANH
                                Attorney for Plaintiff

Date: April 28, 2010            BENJAMIN B. WAGNER
                                United States Attorney

                                By *s/ Daniel P. Talbert*
                                DANIEL P. TALBERT
                                Special Assistant U. S. Attorney

                                Attorneys for Defendant

**ORDER**

Pursuant to the Stipulation of the Parties, the Court orders remand of this matter to the Commissioner of the Social Security Administration for further proceedings pursuant to sentence 4 of 42 U.S.C. § 405(g).  The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant Commissioner of the Social Security Administration.

IT IS SO ORDERED.

Dated:  **April 29, 2010**                         /s/ Jennifer L. Thurston

1    UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28